# UNITED STATES BANKRUPTCY COURT

In Re: __Lakecia Canady__  
          **Debtor**

Case No. __12-23067__  
         (if known)

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 281.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 70.25     Check one   ☐ With the filing of the petition, or  
                                        ☒ On or before June 29, 2012

   $ 70.25     on or before July 29, 2012

   $ 70.25     on or before Aug 29, 2012

   $ 70.25     on or before Sep 29, 2012

**FILED**  
UNITED STATES BANKRUPTCY COURT  
NORTHERN DISTRICT OF ILLINOIS  
JUN 0 6 2012  
KENNETH S. GARDNER, CLERK  
PS REP. - LW

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  _____     _Lakecia Canady_   _6/6/12_  
**Signature of Attorney**    Date        **Signature of Debtor**    Date

_____  
**Name of Attorney**                           **Signature of Joint Debtor**    Date

# United States Bankruptcy Court
## Northern District Of Illinois

In re Lakecia Canady,
Debtor

Case No. 12-23067

Chapter 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☒ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one ☐ With the filing of the petition, or
                            ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

JUN 06 2012

BY THE COURT

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

Date: _____

_____
*United States Bankruptcy Judge*